UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARLENE KENNEDY,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 3:14-cv-04256- LB<br><br>**JUDGMENT** |

On September 28, 2015, the Court granted in part the plaintiff's motion for summary judgment, denied the defendant's cross-motion for summary judgment, and remanded the case to the Social Security Administration for further proceedings. (See 9/28/2015 Order, ECF No. 24.) Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the plaintiff and against the defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 29, 2015

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT (No. 3:14-cv-04256-LB)